NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**UNITED THERAPEUTICS CORPORATION,**
*Appellant*

**v.**

**LIQUIDIA TECHNOLOGICS, INC.,**
*Appellee*

---

2022-2133

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in IPR2020-00770.

--------------------------------------------------

**LIQUIDIA TECHNOLOGICS, INC.,**
*Appellant*

**v.**

**UNITED THERAPEUTICS CORPORATION,**
*Appellee*

---

2022-2174

---

2                                    BRUMFIELD V. IBG LLC

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in IPR2020-00770.

———————————

**ON MOTION**

———————————

**ORDER**

Upon consideration of the party's motion to voluntarily dismiss Appeal No. 2022-2174,

IT IS ORDERED THAT:

(1) The motion is granted. Appeal No. 2022-2174 is DISMISSED under Fed. R. App. P. 42 (b).

(2) Each side shall bear their own costs with respect to Appeal No. 2022-2174.

(3) Appeal No. 2022-2174 is deconsolidated from Appeal No. 2022-2133, and the revised caption is reflected above.

November 18, 2022                    FOR THE COURT
        Date

                                     /s/ Peter R. Marksteiner
                                     Peter R. Marksteiner
                                     Clerk of Court

**ISSUED AS A MANDATE (only as to Appeal No. 2022-2174):** November 18, 2022